JS-6/ENTER

FILED
MAR - 7 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ARVIND DAYA,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN F. SALAZAR, Warden,<br><br>    Respondent. | Case No. CV 09-7928-AHM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: March 4, 2011

_____
A. Howard Matz
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY